FILED
CLERK, U.S. DISTRICT COURT
9/10/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JEREMY HAAR,<br><br>　　　　Defendant. | CR 2:20-cr-00409-JAK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(a), (e):<br>Production of Child Pornography] |

　　The Grand Jury charges:

[18 U.S.C. §§ 2251(a), (e)]

　　Beginning on or about April 9, 2020 and continuing to on or around April 17, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEREMY HAAR knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely F.R., a 13 year-old minor girl, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in affecting interstate and

1  foreign commerce, and which visual depiction was produced and
2  transmitted using materials that had been mailed, shipped, and
3  transported in and affecting interstate and foreign commerce by any
4  means, including by computer, and which visual depiction was actually
5  transported and transmitted using any means and facility of
6  interstate and foreign commerce and in and affecting interstate and
7  foreign commerce.
8      Defendant HAAR's commission of the above-described offense
9  occurred subsequent to defendant HAAR's conviction under the laws of
10 the State of New Jersey relating to aggravated sexual abuse, sexual
11 abuse, and abusive sexual conduct involving a minor, namely,
12 Endangering Welfare of Children - Viewing Child Pornography/Abuse, in
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

violation of New Jersey Revised Statutes Title 2C, Section 24-4B(5)(b), in the Third Degree, case number 17-02-00159-A, in the Superior Court of New Jersey, County of Bergen, on or about April 17, 2017.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Deputy Chief, Violent & Organized Crimes Section

KEVIN J. BUTLER
Assistant United States Attorney
Violent & Organized Crime Section