IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY HAAR,<br><br>    Defendant. | No. 2:20-cr-00409-JAK-1<br><br>**ORDER RE GOVERNMENT RESPONSE TO DKT. 127** |

Based on a review of the Motion for Temporary Release and/or Emergency Medical Relief submitted by Defendant's father on Defendant's behalf ("Motion" (Dkt. 127)), the medical staff at FMC Devens shall examine Defendant forthwith to assess his medical condition and to determine if any medical care should be provided to him.

The Government and the Bureau of Prisons shall submit an initial response to the Motion by 4:30 p.m. on July 24, 2026 . The response shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  July 24, 2026

_____
John A. Kronstadt
United States District Judge

cc: Bureau of Prisons